JS6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOR JIMENEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SH GROUP OPERATIONS, L.L.C. d/b/a 1 HOTELS, a Delaware limited liability company; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No.: 2:22-cv-07745-RGK-JC<br><br>[~~PROPOSED~~] ORDER GRANTING VOLUNTARY DISMISSAL, PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)  [17]<br><br><br>Complaint filed:   October 24, 2022 |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

On December 20, 2022, Plaintiff filed a notice of voluntary dismissal with prejudice as to Plaintiff's individual claims and without prejudice as to the claims of absent putative class members, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) [Dkt. 17].

Upon due consideration, good cause appearing, the Court DISMISSES this action with prejudice as to Plaintiff's individual claims in their entirety and without prejudice as to the claims of the absent putative class members. Each party must bear its own costs and attorneys' fees. The Clerk of Court is instructed to terminate all pending motions and deadlines, and close the case.

**IT IS SO ORDERED.**

DATED:  December 21, 2022   By: _____
Hon. R. Gary Klausner
United States District Judge